23 So.2d 145

**Grady JACKSON v. STATE.**

8 Div. 441.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

24 So.2d 923

**Ed JACOBS v. STATE.**

4 Div. 915.

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 145

**Virginia Mae JACOBS v. STATE.**

6 Div. 191.

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

25 So.2d 856

**Troy L. JARVIS v. STATE.**

6 Div. 302.

Court of Appeals of Alabama.
March 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

24 So.2d 923

**Alberta JOHNSON v. STATE.**

4 Div. 912.

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 856

**Eugene JONES v. STATE.**

8 Div. 446.

Court of Appeals of Alabama.
Feb. 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.